IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD REIMER,              No. Civ. S-06-958 DFL KJM

    Plaintiff,

  v.                           RECUSAL ORDER

PFIZER, INC., and DOES 1 through 100, inclusive,

    Defendants.
_____/

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

//

//

1

1 | the Clerk of the Court make appropriate adjustment in the
2 | assignment of civil cases to compensate for this reassignment.
3 |     IT IS SO ORDERED.

**Morrison C. England, Jr.**

4 | DATED: 5/5/2006

_____
DAVID F. LEVI
United States District Judge