1  ROBERT BARNES (State Bar No. 119515)
   CHRISTOPHER L. BURROWS (State Bar No. 222301)
2  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
3  Los Angeles, California  90067
   Telephone: (310) 788-1000
4  Facsimile:  (310) 788-1200
   E-Mail: rbarnes@kayescholer.com
5
   Attorneys for Defendant
6  PFIZER INC. (incorrectly sued here as "PFIZER, INC.")

7  CLAYEO C. ARNOLD (State Bar No. 65070)
   KIRK J. WOLDEN (State Bar No. 138902)
8  CLAYEO C. ARNOLD, A Professional Law Corporation
   608 University Avenue
9  Sacramento, California  95825
   Telephone: (916) 924-3100
10 Facsimile:  (916) 924 1829
   E-Mail: kirk@ccalawcorp.com
11
   Attorneys for Plaintiff
12 RICHARD REIMER

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16

17 RICHARD REIMER,                   ) Case No. 2:06-CV-00958-MCE-KJM
                                     )
18              Plaintiff,           ) **JOINT STIPULATION AND ORDER**
                                     ) **PENDING TRANSFER OF ACTION TO**
19       v.                          ) **MDL**
                                     )
20 PFIZER, INC. and DOES 1 through 100, )
   inclusive,                        )
21                                   )
                Defendants.          )
22 _____   )

23

24       IT IS STIPULATED AND AGREED between the parties through their counsel, subject to

25 the Court's approval, and pursuant to Local Rules 6-144 and 83-143, as follows:

26       1.      Plaintiff RICHARD REIMER filed this action on May 1, 2006 alleging he suffered

27 personal injuries as a result of his use of the prescription medication Viagra.

28 ///

1

REIMER.wpd        JOINT STIPULATION AND [PROPOSED] ORDER PENDING TRANSFER TO MDL

2. Numerous similar actions are currently pending In re Viagra Products Liability Litigation, MDL Case No. 1724, in the United States District Court for the District of Minnesota (hereinafter "MDL Court").

3. On July 10, 2006, this plaintiff effected personal service on PFIZER. By letter dated July 20, 2006 (copy attached), defendant PFIZER identified this action as a potential "tag-along" action, and requested its transfer to the MDL Court.

4. The parties agree that this action is appropriate for transfer to the MDL Court, and stipulate to the transfer of this action to the MDL Court as soon as possible. The parties agree that all deadlines in this Court shall be stayed pending the most expeditious transfer of the action to the MDL Court.

5. The parties further agree that PFIZER's time to respond to the complaint shall be extended until thirty days after the action is docketed in the MDL Court.

6. This is the first request for an extension in this action.

Dated: July 27, 2006            KAYE SCHOLER LLP

                                /s/ Christopher L. Burrows
                                Attorneys for Defendant
                                PFIZER INC.

Dated: July 27, 2006            CLAYEO C. ARNOLD, A Professional Law
                                Corporation

                                /s/ Kirk J. Wolden (as authorized on 7/27/06)
                                Attorneys for Plaintiff
                                RICHARD REIMER

                                        ORDER

IT IS SO ORDERED.

Dated: July 31, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE